IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                    Case No.: 16-591(GAG)

BLANCA CALO-VAZQUEZ

    Defendant,

## NOTICE OF APPEAL

TO THE HONORABLE COURT
HON. GUSTAVO A GELPI
CHIEF, US DISTRICT COURT JUDGE

    COMES NOW the Mrs. BLANCA CALO-VAZQUEZ, represented by the undersigned, and before this Honorable Court states that notice is hereby given that defendant appeals to the United States Court of Appeals for the First Circuit from a final judgment entered on December 13, 2018.

    IN VIEW OF THE FOREGOING, WE REQUEST THAT THIS REQUEST BE NOTED.

Respectfully submitted,

IN SAN JUAN, PUERTO RICO, DECEMBER 19, 2018.

                                S/RAYMOND L. SANCHEZ MACEIRA
                                RAYMOND L. SANCHEZ MACEIRA
                                USDC: 211405
                                361 DEL PARQUE STREET
                                COND. MAGDALENA TOWER SUITE 203
                                SAN JUAN P.R 00912
                                TEl 721-3370/ FAX 721-4706

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on December 19, 2018, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney in charge of the case.

In San Juan P.R. December 19, 2018.

S/RAYMOND L. SANCHEZ MACEIRA
RAYMOND L. SANCHEZ MACEIRA, ESQ.
USDC NO. 211405
COUNSEL FOR DEFENDANT
361 DEL PARQUE
MAGDALENA TOWER SUITE 203
SAN JUAN, P.R. 00912
Tel. (787)721-3370/ FAX (787)721-4706